# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

129699

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TONY EARL ARTERBERRY,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129699
COA: 263098
Wayne CC: 03-002528-01
           03-013260-01

On order of the Court, the application for leave to appeal the September 19, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

Clerk

s0123